No. 805. OLIVAR ET AL. *v.* RIJOS ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal on the ground that the transcript of the record was not sent up. Decided February 12, 1912. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. José G. Torres* for appellants. *Mr. Manuel F. Rossy* for respondents.

---

No. 806. KEMPER MILL AND ELEVATOR Co. *v.* E. R. PONS & Co.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal on the ground that the transcript of the record was not sent up. Decided February 12, 1912. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. Celestino Iriarte* for appellant. *Mr. Miguel Guerra* for respondent.

---

No. ——. EX PARTE LÓPEZ.—Proceedings for cancellation of surety bond of registrar originating in the District Courts of Arecibo and Humacao. Decided February 12, 1912. Cancellation decreed. Petitioner appeared *per se.*

---

No. 417. THE PEOPLE *v.* DELGADO.—Appeal from the District Court of Humacao. Motion of appellant withdrawing appeal. Decided February 14, 1912. Appeal withdrawn. *Mr. Juan B. Puig* frr appellant.

---

No. 40. EX PARTE DELGADO.—Petition addressed to Mr. Justice Aldrey for a writ of *habeas corpus.* Decided February 15, 1912. Petition dismissed at the request of petitioner. *Mr. A. Dones* for petitioner.